UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM SCALES,<br><br>                      Plaintiff,<br><br>-against-<br><br>AMERICAN WEB CODERS,<br><br>                      Defendants. | 25-CV-6166 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated September 2, 2025, the Court directed Plaintiffs Taskem and William Scales, within thirty days, to pay the $405.00 in fees required to file a civil action in this court.[1] That order specified that failure to comply would result in dismissal of the complaint. Scales then submitted an amended complaint dropping Taskem as a plaintiff, but he has not filed paid the fees, and the time to do so has expired. Accordingly, the amended complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Judgment shall enter.

      SO ORDERED.

Dated:  October 7, 2025
           New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                   Chief United States District Judge

---

[1] As Plaintiff is aware, an artificial entity like Taskem cannot proceed *in forma pauperis* (IFP), and Scales was barred from proceeding IFP in any new action on or after July 23, 2025, *see Global Media Network v. Pandora*, ECF 1:25-CV-5555, 7 (S.D.N.Y. Sept. 11, 2025). This action was filed after that effective date.