UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM SCALES,<br><br>                              Plaintiff,<br><br>         -against-<br><br>AMERICAN WEB CODERS,<br><br>                              Defendants. | 25cv6166 (LTS)<br><br>CIVIL JUDGMENT |

     For the reasons stated in the October 7, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  October 9, 2025
           New York, New York

                                                       /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                 Chief United States District Judge